■ THE PEOPLE OF THE STATE OF NEW YORK v JAY SPRUILL.—Application in the nature of a writ of error coram nobis, and for other related relief, denied. *(See, People v De La Hoz,* 131 AD2d 154.) Concur—Murphy, P. J., Ross, Carro and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v RAPHAEL VEGA.—Application in the nature of a writ of error coram nobis, and for other related relief, denied. *(See, People v De La Hoz,* 131 AD2d 154.) Concur—Murphy, P. J., Sandler, Carro, Rosenberger and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v ROBERT WATSON.—Application in the nature of a writ of error coram nobis, and for other related relief, denied. *(See, People v De La Hoz,* 131 AD2d 154.) Concur—Kupferman, J. P., Sandler, Sullivan, Milonas and Kassal, JJ.

■ PEOPLE OF THE STATE OF NEW YORK v TONY STEEL.—Motion for reargument or, in the alternative, for a writ of error coram nobis, denied in its entirety. *(See, People v De La Hoz,* 131 AD2d 154.) Concur—Kupferman, J. P., Carro, Asch, Ellerin and Wallach, JJ.